UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ISIDRO RAMIREZ,

*Plaintiff,*

– against –

KINGS 7 DELI & GROCERY INC. (d/b/a
KINGS 7 DELI), MOHAMED AL-SAADI,
and ABDU DOE,

*Defendants.*

**ORDER**
25-cv-03219 (NCM) (LKE)

---

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation ("R&R") dated June 5, 2026, from the Honorable Lara K. Eshkenazi, United States Magistrate Judge. No objections have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, I find only one, harmless error. The section addressing liquidated damages contains a scrivener's error: it identifies $6,989 as the amount for minimum wage damages, when the actual calculated amount is $6,996.

1

*Compare* R&R at 28 *with id.* at 23. However, the total given in the ultimate calculation of liquidated damages is based on the correct figure. Accordingly, I modify the Report and Recommendation to correct that scrivener's error and otherwise adopt it as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiff's motion for default judgment is granted. Judgment is to be entered against defendants in the amount of $167,653.30, comprising of $6,996.00 in unpaid minimum wage damages, $66,831.15 in unpaid overtime damages, $4,999.50 in unpaid spread-of-hours damages, $78,826.65 in liquidated damages, and $10,000.00 in statutory damages for wage notice and wage statement violations. Plaintiff is further awarded $3,762 in attorneys' fees and $445.00 in costs, as well as prejudgment interest at a daily rate of $19.44 from June 2, 2022, through the entry of judgment, and post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a).

**SO ORDERED.**

 /s/ Natasha C. Merle
NATASHA C. MERLE
United States District Judge

Dated:     July 13, 2026
           Brooklyn, New York

2